Nicholas Arendt, Appellant, v. Donald C. Tallman, Appellee.

Gen. No. 10,902. (Abstract of Decision.)

Second District.

May 3, 1956.

Released for publication May 23, 1956.

Hum-phrey W. Serritella, and Morris K. Levinson, for appellant; Morris K. Levinson, of counsel; Butz, Blanke & Smith, for appellee. Opinion by JUSTICE CROW. Not to be published in full.